nied. *Messrs. William W. Ogden* and *Rodney P. Woods, Jr.,* for petitioner. No appearance for respondent.

No. 732. ROSSER *v.* UNITED STATES. April 1, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. John L. Abbot* for petitioner. *Solicitor General Biggs* and *Messrs. Amos W. W. Woodcock* and *W. Marvin Smith* for the United States.

No. 736. ERICKSON ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. April 1, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. John Noble* for petitioners. *Solicitor General Biggs, Assistant Attorney General Wideman,* and *Mr. James W. Morris* for respondent.

No. 737. CAPPETTA *v.* ATLANTIC REFINING Co. April 1, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Joseph A. Cantrel* for petitioner. *Mr. George E. Beers* for respondent.

No. 738. McAULIFFE ET AL. *v.* DOHERTY. April 1, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Messrs. Paul B. Sargent, William H. Lewis,* and *George L. Dillaway* for petitioners. *Messrs. Robert G. Dodge* and *Harold S. Davis* for respondent.